IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| PNC MORTGAGE,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN H. HATTON and KRISTINE W. HATTON,<br><br>Defendants | ORDER ADOPTING REPORT AND RECOMMENDATION<br><br><br><br>Case No. 2:10-cv-1101<br><br>Judge Dee Benson |

Before the Court is the Report and Recommendation issued by United States Magistrate Judge Samuel Alba on August 11, 2011, recommending that defendants' motion for summary judgment be denied.

The parties were notified of their right to file objections to the Report and Recommendation within ten (10) days after receiving it. Neither party has filed such an objection.

Having reviewed all relevant materials, including the reasoning set forth in the Magistrate Judge's Report and Recommendation, the Court ADOPTS the Report and Recommendation and DENIES the defendants' motion for summary judgment

IT IS SO ORDERED.

DATED this 7th day of September, 2011.

_____
Dee Benson
United States District Judge